Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 0 2 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Atlanta Division

1:24-CV-1928

Kenroy-Kevoni: Powell

_____

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Georgia Department of Human Services

_____

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

and All OTHERS

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kenroy-Kevoni: Powell |
| Street Address | C/o 5026 hawthorne CT, SE #2 |
| City and County | Smyrna , Cobb |
| State and Zip Code | Georgia 30080 |
| Telephone Number | 470-569-4887 |
| E-mail Address | |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Amelia G. Pray
Senior Assistant District Attorney
10 East Park Square Suite 402
Marietta    Cobb County
Georgia    30090

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

G. Grant Brantley
Senior Judge
70 haynes street
Marietta    Cobb County
Georgia    30090

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Division of child Support Services  State of Georgia
Family Support Registry
P.O. Box 1600
Carrollton    County
Georgia    30112 - 1600

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question                    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.  Denial of Rights under Color of law Title 18 -USC 242

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* G. Grant Brantley , is a citizen of the State of *(name)* GEORGIA . Or is a citizen of *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Deprivation of my rights

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

given no trial

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief of 880,000 in damages.

## V.    Certification and Closing

Under <u>Federal Rule of Civil Procedure 11</u>, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *05-02-2024*

Signature of Plaintiff    *Kenroy-Kevon: Powell Executor*

Printed Name of Plaintiff    *Kenroy-Kevon: Powell BENEFICIARY*

### B.    For Attorneys

Date of signing:    *N/A*

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



THE COURT OF APPEALS
OF THE
STATE OF GEORGIA
ATLANTA, GEORGIA 30334

April 25, 2024

MR. KENROY POWELL
5026 HAWTHORNE COURT, S.E. APT 2
SMYRNA, GA 30080

RE: A24A0756
KENROY KEVON POWELL V. GEORGIA DEPARTMENT OF HUMAN SERVICES, EX. REL., AYIESHA BURTON

The Court of Appeals of Georgia has not yet received the $300.00 filing fee in the above appeal. You were previously sent a cost due letter. The filing costs are now overdue. Pursuant to Court of Appeals Rule 5(a)(2), filing fees accrue upon the docketing of a direct appeal or an application for discretionary or interlocutory appeal. The fee is due regardless of whether the case was withdrawn, remanded, dismissed, or otherwise disposed.

I am required by law to make every reasonable effort to collect monies owed to the State of Georgia. In that regard, I am asking you to send, within ten (10) days of the date of this letter, your check or money order in the amount of $300.00 as required by OCGA §5-6-4 and Rule 5 of this Court.

For attorneys admitted to practice before this court, if the monies owed are not received, your name may be removed from the roll of attorneys who are permitted to practice in this Court and that fact shall be communicated to the State Bar of Georgia.

Attorneys registered with the Court's EFAST system may remit a credit card payment by logging into EFAST and using the "Pay Case Filing Fees" link on the EFAST main menu.

If you are a self-represented party that is indigent, please print, complete, and mail the pauper's affidavit found on our website at www.gaappeals.us to the Court of Appeals of Georgia, 330 Capitol Avenue S.E., Suite 1601, Atlanta, GA 30334.

If you think the payment has been previously made, please contact Ms. Lisa Reaves at ReavesL@gaappeals.us or call 404-657-8360.

Sincerely,

Stephen E. Castlen

Steve E. Castlen
Clerk/Court Administrator
Court of Appeals of Georgia

SEC/lr