RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 0 2 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT

for the Northern

District of Georgia Atlanta

Division                    1:24-CV-1928

Kenroy-Kevon: Powell          Case# A24A0756
_____
Plaintiff                     Jury Trial ☑ yes ☐ no


— V —

Georgia Department of Human Services
and All orthers


NOTICE OF REMOVEAL